1  HELEN M. LUETTO, State Bar No. 119478
   hluetto@wfbm.com
2  KENDRA E. BRAY, State Bar No. 285743
   kbray@wfbm.com
3  WALSWORTH LLP
   Attorneys at Law
4  19900 MacArthur Blvd., Suite 1150
   Irvine, California 92612-2445
5  Telephone:   (714) 634-2522
   Facsimile:   (714) 634-0686
6
7  Attorneys for STATE FARM GENERAL INSURANCE COMPANY

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOGDAN DURIAN,<br><br>  Plaintiff,<br><br>v.<br><br>STATE FARM GENERAL INSURANCE COMPANY, et al.,<br><br>  Defendants. | Case No. 8:21-cv-00812 MEMF(ADSx)<br><br>**NOTICE OF SETTLEMENT**<br><br>Judge:  Hon. Maame Ewusi-Mensah Frimpong<br><br>Trial Date:         January 27, 2025 |

TO THE HONORABLE COURT AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Plaintiff Bogdan Durian and defendant State Farm General Insurance Company ("defendant") have reached a settlement and are in the process of finalizing appropriate closing documents. It is anticipated that closing documents and stipulation for dismissal will be completed within 30 to 45 days or less.

/ / /

/ / /

/ / /

/ / /

/ / /

NOTICE OF SETTLEMENT

1   IT IS RESPECTFULLY REQUESTED THAT the Court vacate the hearing on
2 defendant's motion for summary judgment set for October 3, 2024; the hearing on
3 defendant's motion to bifurcate set for November 14, 2024; the final pretrial
4 conference set for January 8, 2025; and trial set for January 27, 2025.

6 Dated: September 23, 2024         WALSWORTH LLP

9                           By: _____
10                              HELEN M. LUETTO
                                KENDRA BRAY
11                              Attorneys for STATE FARM GENERAL
                                INSURANCE COMPANY

# PROOF OF SERVICE

**United States District Court**
**Central District of California**

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of Los Angeles, State of . My business address is 515 S. Flower Street, 18th Floor, Los Angeles, CA 90071-2201.

On September 23, 2024, I served true copies of the following document(s) described as **NOTICE OF SETTLEMENT** on the interested parties in this action as follows:

Bogdan Durian
5740 E. River Valley Trail
Anaheim, California 92807
bogdan@deltalights.com
bogdandurian@gmail.com
*Bogdan Durian. In Pro Per*

**BY MAIL:** I enclosed the document(s) in a sealed envelope or package addressed to the persons at the addresses listed in the Service List and placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with the practice of Walsworth LLP for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid. I am a resident or employed in the county where the mailing occurred. The envelope was placed in the mail at Los Angeles, California.

**BY E-MAIL OR ELECTRONIC TRANSMISSION:** I electronically served a copy of the documents described above from the email address dsandoval@wfbm.com to the persons at the e-mail addresses listed in the Service List. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on September 23, 2024, at Los Angeles, California.

Dalia Sandoval