1  HELEN M. LUETTO, State Bar No. 119478
   hluetto@walsworthlaw.com
2  KENDRA E. BRAY, State Bar No. 285743
   kbray@walsworthlaw.com
3  MARLENE K. FLORES, State Bar No. 304302
   mflores@walsworthlaw.com
4  WALSWORTH LLP
   Attorneys at Law
5  19900 MacArthur Blvd., Suite 1150
   Irvine, California 92612-2445
6  Telephone:  (714) 634-2522
   Facsimile:  (714) 634-0686
7
8  Attorneys for STATE FARM GENERAL INSURANCE COMPANY

9              **UNITED STATES DISTRICT COURT**

10             **CENTRAL DISTRICT OF CALIFORNIA**

11

| 12 BOGDAN DURIAN, | Case No. 8:21-cv-00812 MEMF(ADSx) |
|---|---|
| 13    Plaintiff, | **JOINT STIPULATION FOR DISMISSAL PURSUANT TO F.R.CIV.P. 41 (a)(1)(A)(ii)** |
| 14    v. | |
| 15 STATE FARM GENERAL INSURANCE COMPANY, et al., | Judge:  Hon. Maame Ewusi-Mensah Frimpong |
| 16    Defendants. | Trial Date:  January 27, 2025 |

19                    **STIPULATION**

20      WHEREAS the Parties shave resolved the above-entitled matter,

21 pursuant to F.R.CIV.P.41 (a)(1)(A)(ii), IT IS HEREBY STIPULATED by and

22 between plaintiff Bogdan Durian ("Plaintiff") and defendant State Farm General

23 Insurance Company ("State Farm") that plaintiff's above-entitled action against State

24 Farm may be dismissed with prejudice.

25 / / /

26 / / /

27 / / /

28 / / /

1  Each party shall bear their own costs and fees, including attorney's fees.
2  **IT IS SO STIPULATED.**

5  Dated: September 30, 2024

By: _____
BOGDAN DURIAN
Attorneys for Plaintiff, PRO SE

Dated: September 30, 2024        WALSWORTH LLP

By: _____
HELEN M. LUETTO
KENDRA BRAY
MARLENE K. FLORES
Attorneys for STATE FARM GENERAL
INSURANCE COMPANY

-2-
JOINT STIPULATION FOR DISMISSAL PURSUANT TO F.R.CIV.P. 41 (a)(1)(A)(ii)

64044230.1
4893-3.5775

WALSWORTH
19900 MACARTHUR BLVD., SUITE 1150
IRVINE, CALIFORNIA 92612-2445
TEL (714) 634-2522 • FAX (714) 634-0686

# PROOF OF SERVICE

**United States District Court**
**Central District of California**

**STATE OF CALIFORNIA, COUNTY OF ORANGE**

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of Orange, State of . My business address is 19900 MacArthur Blvd., Suite 1150, Irvine, CA 92612-2445.

On October 7, 2024, I served true copies of the following document(s) described as **JOINT STIPULATION FOR DISMISSAL PURSUANT TO F.R.CIV.P. 41 (A)(1)(A)(II); AND [PROPOSED] ORDER** on the interested parties in this action as follows:

**SEE ATTACHED SERVICE LIST**

**BY CM/ECF NOTICE OF ELECTRONIC FILING:** I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on October 7, 2024, at Orange, California.

_____
Lissa Maldonado

**SERVICE LIST**

**United States District Court**
**Central District of California**

**USDC Case No. 8:21-cv-00812 MEMF (ADSx)**

Bogdan Durian
5740 E. River Valley Trail
Anaheim, California 92807
bogdan@deltalights.com
bogdandurian@gmail.com
*Bogdan Durian, In Pro Per*